UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:

MARKIESE LAMONT HARGROW

CHAPTER 13
CASE NO. 20-45498
JUDGE MARIA L. OXHOLM

Debtor.
_____/

Debtor's Chapter 13 Voluntary Dismissal

The Debtor hereby asserts that he voluntarily dismisses this case, without prejudice.

Dated: February 11, 2021

*Markiese Hargrow*
_____
MARKIESE LAMONT HARGROW

Dated: February 11, 2021

*Gregory Dodd*
_____
Gregory L. Dodd (P43404)
Debtor's Attorney
greg@gdoddlaw.com
300 North Huron Street
Ypsilanti, MI  48197
Phone: 734-487-2611

1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:

MARKIESE LAMONT HARGROW

CHAPTER 13
CASE NO. 20-45498
JUDGE MARIA L. OXHOLM

Debtor.
_____/

## ORDER DISMISSING CHAPTER 13 CASE

The debtor having a filed an *ex parte* request for voluntary dismissal pursuant to 11 U.S.C. § 1307(b),

IT IS HEREBY ORDERED that the within case is dismissed and the automatic stays issued pursuant to 11 U.S.C. § 362 and 1301 are hereby terminated;

IT IS FURTHER ORDERED that the Clerk's Office shall immediately provide notice of the entry of this Order to all interested parties and the attorney for the Debtor, if any;

IT IS FURTHER ORDERED that TAMMY L. TERRY, TRUSTEE, is discharged as Trustee and the Trustee and her surety is released from any and all liability on account of the within proceedings;

Doc ID: 7dc44874e0b6d41e468cef63955250b0eceb0926



# Audit Trail

| | |
|---|---|
| **TITLE** | Hargrow Ch. 13 filing |
| **FILE NAME** | Hargrow Voluntary...al and Order.docx |
| **DOCUMENT ID** | 7dc44874e0b6d41e468cef63955250b0eceb0926 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

**SENT** 02 / 11 / 2021 16:06:50 UTC
Sent for signature to Markiese L. Hargrow (markiesehar@hotmail.com) and Gregory L Dodd (greg@gdoddlaw.com) from greg@gdoddlaw.com
IP: 69.198.125.189

**VIEWED** 02 / 11 / 2021 21:45:56 UTC
Viewed by Markiese L. Hargrow (markiesehar@hotmail.com)
IP: 99.108.212.140

**SIGNED** 02 / 11 / 2021 21:47:06 UTC
Signed by Markiese L. Hargrow (markiesehar@hotmail.com)
IP: 99.108.212.140

**VIEWED** 02 / 12 / 2021 18:50:06 UTC
Viewed by Gregory L Dodd (greg@gdoddlaw.com)
IP: 69.198.125.189

**SIGNED** 02 / 12 / 2021 18:50:25 UTC
Signed by Gregory L Dodd (greg@gdoddlaw.com)
IP: 69.198.125.189

**COMPLETED** 02 / 12 / 2021 18:50:25 UTC
The document has been completed.

Powered by HELLOSIGN